**No. 55307.**—Anglo-Oriental Importing & Rug Co. et al. *v.* United States, protests 127040–K, etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55308.**—A. A. Choopani et al. *v.* United States, protests 156413–K, etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55309.**—Caron Corporation et al. *v.* United States, protests 158566–K, etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.